In re Griffith Sternberg, LLC

Debtor

Case No. 2-16-21029PRW

Reporting Period: 3/1/17-3/31/17

Federal Tax I.D. # 35-2290498

## SINGLE ASSET REAL ESTATE COMPANIES

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | arached | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | attached | |
| Copies of bank statements | | attached | |
| Cash disbursements journals | | | attached |
| Statement of Operations | MOR-2 (RE) | attached | |
| Balance Sheet | MOR-3 (RE) | attached | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | attached | |
| Copies of tax returns filed during reporting period | | none filed | |
| Rent Roll | MOR-5 (RE) | attached | |
| Payments to Insiders and Professional | MOR-6 (RE) | attached | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | attached | |
| Cash Flow Projection | MOR-7 (RE) | attached | |
| Debtor Questionnaire | MOR-8 (RE) | attached | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____  Date _____

Signature of Authorized Individual* _____  Date 5/10/17

Printed Name of Authorized Individual _Denice Hamm_  Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re Griffith Sternberg, LLC _____     Case No. 2-16-21029PRW _____
Debtor                                        Reporting Period: 3/1/17-3/31/17 _____

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.   The beginning cash should be the ending cash from the prior month
or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH -
ACTUAL" column must equal the sum of the three bank account columns.  Attach copies of the bank statements and the cash disbursements journal.
The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be
attached for each account.  [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS | | | |
| --- | --- | --- | --- | --- |
| ACCOUNT NUMBER (LAST 4) | OPER. | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | 19.05 | | | 19.05 |
| RECEIPTS | | | | |
| CASH SALES | 0 | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | 0 | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | |
| LOANS AND ADVANCES | | | | |
| SALE OF ASSETS | 0 | | | |
| OTHER (ATTACH LIST) | | | | |
| TRANSFERS (FROM DIP ACCTS) | 0 | | | |
| TOTAL RECEIPTS | 19.05 | | | 19.05 |
| DISBURSEMENTS | | | | |
| NET PAYROLL | 0 | | | |
| PAYROLL TAXES | 0 | | | |
| SALES, USE, & OTHER TAXES | 0 | | | |
| INVENTORY PURCHASES | 0 | | | |
| SECURED/ RENTAL/ LEASES | 0 | | | |
| INSURANCE | 0 | | | |
| ADMINISTRATIVE | 0 | | | |
| SELLING | 0 | | | |
| OTHER (ATTACH LIST) | 0 | | | |
| OWNER DRAW * | 0 | | | |
| TRANSFERS (TO DIP ACCTS) | 0 | | | |
| PROFESSIONAL FEES | 0 | | | |
| U.S. TRUSTEE QUARTERLY FEES | 0 | | | |
| COURT COSTS | 0 | | | |
| TOTAL DISBURSEMENTS | 0 | | | |
| | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS | 19.05 | | | 19.05 |
| | | | | |
| CASH – END OF MONTH | 19.05 | | | 19.05 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | |
| --- | --- |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0 |

In re Griffith Sternberg, LLC                          Case No. 2-16-21029PRW
Debtor                          Reporting Period: 3/1/17-3/31/17

| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 0 |
|---|---|

FORM MOR-1 (RE)
2/2008
PAGE 2 OF 2

In re Griffith Sternberg, LLC _____        Case No. 2-16-21029PRW
       **Debtor**        Reporting Period: 3/1/17-3/31/17 _____

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The Debtor's bank reconciliation may be substituted
for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating # | Tax # | Other # |
|---|---|---|---|
| **BALANCE PER BOOKS** | 0 | | |
| | | | |
| **BANK BALANCE** | 19.05 | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | 0 | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | 0 | | |
| OTHER *(ATTACH EXPLANATION)* | 0 | | |
| | | | |
| **ADJUSTED BANK BALANCE *** | 19.05 | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| CHECKS OUTSTANDING | Ck. # | Ck. # | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**OTHER**

_____

_____

_____

_____

_____

**FOR INQUIRIES CALL:**    HORSEHEADS
(607) 739-0363

000004486 FIDS1548D01703311703 06 000000      P

GRIFFITH STERNBERG, LLC
DEBTOR IN POSSESSION 11-2-16-21029-PRW
DENICE A HAMM, TRUSTEE
406 WEST SIXTH ST
ELMIRA NY 14905

| ACCOUNT TYPE | |
|---|---|
| M & T PROFESSIONAL SERVICES CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 4280 | 03/01/17 - 03/31/17 |

| | |
|---|---|
| BEGINNING BALANCE | $19.05 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $19.05 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/01/2017 | BEGINNING BALANCE | | | $19.05 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

M&T BANK IS PLEASED TO ANNOUNCE THAT THE MOBILE INFOPLU$ APP IS NOW AVAILABLE AT NO M&T CHARGE. IF YOU ARE A M&T WEB INFO OR WEBINFOPLU$ USER, CONTACT YOUR WEBINFO/WEBINFOPLU$ ADMINISTRATOR TO ENABLE MOBILE PERMISSIONS AND YOUR MOBILE NUMBER. YOU CAN THEN DOWNLOAD THE APP AND BEGIN USING THE MOBILE SERVICE AT NO M&T CHARGE. AS OF JANUARY 1, 2017, EXISTING MOBILE INFOPLU$ USERS ARE AUTOMATICALLY RECEIVING THE SERVICE AT NO M&T CHARGE. VISIT THE WEBINFO/ WEBINFOPLU$ LEARNING CENTER FOR MORE INFORMATION, OR CALL THE COMMERCIAL SERVICE TEAM AT 1-800-724-2240, MON-FRI, 8AM-6PM ET.



MANUFACTURERS AND TRADERS TRUST COMPANY
118 NORTH TIOGA STREET ITHACA, NEW YORK 14850

## STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | 0 | |
| Additional Rental Income | 0 | |
| Common Area Maintenance Reimbursement | 0 | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | 0 | |
| OPERATING EXPENSES | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Cleaning and Maintenance | | |
| Commissions | | |
| Officer/Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Other Interest | | |
| Repairs | | |
| Supplies | | |
| Taxes - Real Estate | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other *(attach schedule)* | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | 0 | |
| OTHER INCOME AND EXPENSES | | |
| Other Income *(attach schedule)* | 0 | |
| Interest Expense | 0 | |
| Other Expense *(attach schedule)* | 0 | |
| Net Profit (Loss) Before Reorganization Items | 0 | |
| REORGANIZATION ITEMS | | |
| Professional Fees | 0 | |
| U. S. Trustee Quarterly Fees | 0 | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | 0 | |
| Gain (Loss) from Sale of Property | 0 | |
| Other Reorganization Expenses *(attach schedule)* | 0 | |
| Total Reorganization Expenses | 0 | |
| Income Taxes | 0 | |
| Net Profit (Loss) | 0 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2 (RE)
2/2008
PAGE 1 OF 2

## BREAKDOWN OF "OTHER" CATEGORY

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| none | | |
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| none | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| none | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| none this month | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re Griffith Sternberg, LLC _____  Case No. ___2-16-21029PRW___
    Debtor  Reporting Period: ___3/1/17-3/31/17___

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents | 19.05 | 19.05 | 19.05 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| *TOTAL CURRENT ASSETS* | | | 19.05 |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | See attachment re: fire loss | 150,000 | 150,000 |
| Machinery and Equipment | 0 | | |
| Furniture, Fixtures and Office Equipment | 0 | | |
| Leasehold Improvements | 0 | | |
| Vehicles | 0 | | |
| Less: Accumulated Depreciation | 0 | | |
| *TOTAL PROPERTY & EQUIPMENT* | 150,000 | 150,000 | 150,000 |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | 0 | | |
| Other Assets *(attach schedule)* | 0 | | |
| *TOTAL OTHER ASSETS* | 0 | | |
| *TOTAL ASSETS* | 150,000 | 150,000 | 150,000 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable | | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | 0 | | 0 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | 74,687 | | 74,687 |
| Priority Debt | | | |
| Unsecured Debt | | | |
| *TOTAL PRE-PETITION LIABILITIES* | | | |
| *TOTAL LIABILITIES* | 74,687 | | 74,687 |
| *OWNERS' EQUITY* | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | | | |
| Retained Earnings - Post-petition | | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | 75,313 | | 75,313 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 150,000 | | 150,000 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**BALANCE SHEET** - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| none | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| real estate taxes | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| adjustment for taxes incurred | | | |
| | | | |
| Post-Petition Contributions | | | |
| none this month | | | |
| | | | |
| | | | |

Restricted Cash: Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 (RE)
2/2008
PAGE 2 OF 2

There was a fire at the property on March 5, 2017.  The investigation and insurance negotiation are ongoing at the time of filing this monthly report.

In re Griffith Sternberg, LLC

Debtor

Case No. 2-16-21029PRW

Reporting Period: 3/1/17-3/31/17

# SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 91 | |
| Mortgage | 919.18 | 919.18 | 919.18 | 919.18 | 2,757.54 | 6,434,269,589.2 2 |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Real Estate Taxes | | | | | | 3,154.96 |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| none | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | 9,589.22 |

Explain how and when the Debtor intends to pay any past due post-petition debts.

The property is being marketed at $160,000 with interest from buyers. A sale at the marketed price would yield aproximately $75,250 after payment of the total post petition debts.

Additionally, each mortgage payment that accrues in this summary, when paid, diminishes the pre-prtition secured mortgage debt.

# RENT ROLL

A rent roll must be included for each property. The debtor's rent roll may be substituted for this page. Attach additional sheets as needed.

**Property:** 523 W Church Street, Elmira NY
**Square Footage:** 4,400

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No rent received from tenant | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | Totals | | | | 0 |

FORM MOR-5 (RE)
2/2008
PAGE 1 OF 1

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | 0 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | 0 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | 0 |

## CASH FLOW PROJECTION FOR THE PERIOD _____ THROUGH _____

A cash flow projection must be included for each property. The debtor's cash flow projection may be substituted for this page. Attach additional sheets as needed.
This projection needs to be completed at the beginning of the case, every year, or when there are significant changes (i.e. tenant change, rent change, etc.)

Property: 523 W Church Street, Elmira, NY
Square Footage: 4,400

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Rental Income | No rental income received, if rental income were paid, the mortgage and taxes would be paid by tenant | | | | | | | | | | | |
| Additional Rental Income | | | | | | | | | | | | |
| Common Area Maintenance Reimbursement | | | | | | | | | | | | |
| Total Income | | | | | | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | |
| Auto and Truck Expense | | | | | | | | | | | | |
| Cleaning and Maintenance | | | | | | | | | | | | |
| Commissions | | | | | | | | | | | | |
| Officer/Insider Compensation* | | | | | | | | | | | | |
| Insurance | | | | | | | | | | | | |
| Management Fees/Bonuses | | | | | | | | | | | | |
| Office Expense | | | | | | | | | | | | |
| Other Interest | | | | | | | | | | | | |
| Repairs | | | | | | | | | | | | |
| Supplies | | | | | | | | | | | | |
| Taxes - Real Estate | taxes would be paid by tenant | | | | | | | | | | | |
| Travel and Entertainment | | | | | | | | | | | | |
| Utilities | utilities would be paid by tenant | | | | | | | | | | | |
| Other *(attach schedule)* | mortgage would be paid by tenant | | | | | | | | | | | |
| Total Expenses | | | | | | | | | | | | |
| Debt Service | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | |
| U.S. Trustee Fees | | | | | | | | | | | | |
| Court Costs | | | | | | | | | | | | |
| Net Income | | | | | | | | | | | | |
| Tenant Improvements | | | | | | | | | | | | |
| Vacancy Allowance | | | | | | | | | | | | |
| Net Cash Flow | only cashflow has been paying insurance and utilities with zero balance after payment of those debts | | | | | | | | | | | |

# DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | no |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | no |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | no |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | no |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | no |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | no |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | no |
| 8 Are any post petition State or Federal income taxes past due? | | no |
| 9 Are any post petition real estate taxes past due? | yes, see MOR4 | |
| 10 Are any other post petition taxes past due? | | no |
| 11 Have any pre-petition taxes been paid during this reporting period? | | no |
| 12 Are any amounts owed to post petition creditors delinquent? | yes, see MOR 4 | |
| 13 Have any post petition loans been been received by the Debtor from any party? | | no |
| 14 Is the Debtor delinquent in paying any U.S. Trustee fees? | | no |
| 15 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | no |
| 16 Have the owners or shareholders received any compensation outside of the normal course of business? | | no |